| AO 435 (NVD Rev. 10/20/2023) *Read Instructions attached:* | United States District Court, District of Nevada **TRANSCRIPT ORDER** | FOR COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|

| 4. FIRM NAME |
|---|

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM | 12. TO |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY | 15. STATE |

| 16. ORDER FOR | | | |
|---|---|---|---|
| APPEAL | CRIMINAL | BANKRUPTCY | OTHER *(Specify)* |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | |

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested):

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| DETENTION HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-DAY (ORDINARY) | | | | PAPER COPY | |
| 14-DAY | | | | E-MAIL | |
| 7-DAY (EXPEDITED) | | | | DISK | |
| 3-DAY | | | | PDF FORMAT | |
| NEXT-DAY (DAILY) | | | | ASCII FORMAT | |
| 2-HOUR (HOURLY) | | | | KEYWORD INDEX | |
| REALTIME/ ROUGH | | | | | |

| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | E-MAIL ADDRESS |
|---|---|
| 19. SIGNATURE | |
| 20. DATE | NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. |

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|

| | DATE | BY | PROCESSED BY | PHONE NUMBER |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

AO 435
(NVD Rev. 10/20/2023)

# INSTRUCTIONS

*DO NOT E-FILE TRANSCRIPT ORDER FORMS*

**GENERAL** -

**Use.**   Use this form to order the transcription of proceedings (hearings or trials). Complete a separate order form for each case number and Official Court Reporter for which transcripts are ordered from.

**Completion**.   Complete Items 1-20. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.**   Keep a copy for your records.

**Submitting to the Court.**   Email the form directly to the Official Court Reporter.

**Deposit Fee.**   The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.**   Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.**   The court will notify you when the transcript is completed.

**Balance Due.**   If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

**SPECIFIC** -

| | |
|---|---|
| Items 1-20. | These items should always be completed. |
| Item 9. | Only one case number may be listed per order. |
| Item 16. | Place a "✓" in each box that applies. |
| Item 17. | Place a "✓" in the box for each portion requested. List specific date(s) of the proceedings for which transcript is requested. Be sure that the description is clearly written to facilitate processing. Orders may be placed for as few pages of transcript as are needed. |
| Item 18. | **Categories** - There are 7 categories of transcripts which may be ordered.   These are: |
| | *30-Day (Ordinary)* -   A transcript to be delivered within 30 calendar days after receipt of an order.   (Order is considered received upon receipt of the deposit.) |
| | *14-Day* -   A transcript to be delivered within 14 calendar days after receipt of an order. |
| | *7-Day (Expedited)* -   A transcript to be delivered within 7 calendar days after receipt of an order. |

| | | |
|---|---|---|
| | *3-Day* - | A transcript to be delivered within 3 calendar days after receipt of an order. |
| | *Next-Day (Daily)* - | A transcript to be delivered on the calendar day following receipt of the order (regardless of whether that calendar day is a weekend or holiday), prior to the normal opening hour of the clerk's office. |
| | *2-Hour (Hourly)* - | A transcript of proceedings to be delivered within 2 hours from receipt of the order. |
| | *Realtime* - | A draft unedited transcript produced by a certified Realtime reporter as a byproduct of Realtime to be delivered electronically during proceedings or immediately following receipt of the order. |

**NOTE**: Full price may be charged only if the transcript is delivered within the requested time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Ordering**.   Place an "X" in each box that applies.   Indicate the number of additional copies ordered.

| | | |
|---|---|---|
| | *Original* - | Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court. |
| | *First Copy* - | First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered. |
| | *Additional Copies* - | All other copies of the transcript ordered by the same party. |
| | *Delivery Instructions* - | Place an "✓" in each box that applies. If ordering multiple formats, there will be an additional copy charge. Provide an email address where electronic email copy should be sent. |

Item 19.   Sign in this space to certify that you will pay all charges. This includes the deposit plus any additional charges.

Item 20.   Enter the date of signing.

**Shaded Area - Reserved for the court's use only.**

**NOTE:** If you are CJA appointed counsel, do not use this AO 435 Transcript Order form. You must submit your request through the court's eVoucher system.

Transcripts – Frequently Asked Questions                                                                          Rev. 10/20/2023

1. **How do I order a transcript of a hearing or trial?**
   Obtain a Transcript Order form from the court's website (page 1 of this packet) or from the Clerk's Office in Las Vegas or Reno. Email the completed form to the Official Court Reporter.

   If you are a CJA appointed attorney, log into the court's eVoucher system and submit a CJA-24 transcript request form.

   Do not e-file the transcript order form on the court's electronic filing system.

2. **Who do I email the transcript order form to?**
   Please refer to the Minutes of Proceedings on the court docket for the name of the Official Court Reporter present at the hearing or trial and email the request directly to them. For digital audio recorded hearings (Liberty or FTR), see section 2.b.

   a. **Hearings and Trials reported by an Official Court Reporter.**
      Email the transcript order form directly to the Official Court Reporter.

      | Official Court Reporters: | Email Address: |
      |---|---|
      | Amber McClane | Amber_McClane@nvd.uscourts.gov |
      | Donna Prather | Donna_Prather@nvd.uscourts.gov |
      | Judy Moore | Judy_Moore@nvd.uscourts.gov |
      | Kathy French | Kathy_French@nvd.uscourts.gov |
      | Paige Christian | Paige_Christian@nvd.uscourts.gov |
      | Patricia Ganci | Patricia_Ganci@nvd.uscourts.gov |
      | Samantha McNett | Samantha_McNett@nvd.uscourts.gov |
      | Heather Newman | Heather_Newman@ohnd.uscourts.gov |
      | Shayna Montgomery | Shayna_Montgomery@txnd.uscourts.gov |

   b. **Transcript of an Audio Recorded Hearing.**
      For audio recorded proceedings held before a Magistrate Judge that did not have an Official Court Reporter present, determine who the District Judge assigned to the case is and email the form to the assigned Official Court Reporter. Please refer to the chart below.

      | For Transcript Order of an Audio Recorded Hearing ||
      |---|---|
      | **If the District Judge assigned to the case is:** | **Email the transcript order to:** |
      | Chief Judge Miranda M. Du (MMD) | Kathy French at Kathy_French@nvd.uscourts.gov |
      | Judge Gloria M. Navarro (GMN) | Judy Moore at Judy_Moore@nvd.uscourts.gov |
      | Judge Andrew P. Gordon (APG) | Paige Christian at Paige_Christian@nvd.uscourts.gov |

| Transcripts – Frequently Asked Questions | Rev. 10/20/2023 |
|---|---|

| Transcript of an Audio Recorded Hearing, cont. ||
|---|---|
| **If the District Judge[1] assigned to the case is:** | **Email the transcript order to:** |
| Judge Jennifer A. Dorsey (JAD) | Amber McClane at Amber_McClane@nvd.uscourts.gov |
| Judge Richard F. Boulware, II (RFB) | Patricia Ganci at Patricia_Ganci@nvd.uscourts.gov |
| Judge Anne R. Traum (ART) | Donna Prather at Donna_Prather@nvd.uscourts.gov |
| Judge Cristina D. Silva (CDS) | Samantha McNett at Samantha_McNett@nvd.uscourts.gov |
| Sr. Judge Howard D. McKibben (HDM) | Kathy French at Kathy_French@nvd.uscourts.gov |
| Sr. Judge Larry R. Hicks (LRH) | Donna Prather at Donna_Prather@nvd.uscourts.gov |
| Sr. Judge Robert C. Jones (RCJ) | Donna Prather and Kathy French at Donna_Prather@nvd.uscourts.gov Kathy_French@nvd.uscourts.gov |
| Sr. Judge Kent J. Dawson (KJD) | Judy Moore at Judy_Moore@nvd.uscourts.gov |
| Sr. Judge James C. Mahan (JCM) | Judy Moore at Judy_Moore@nvd.uscourts.gov |

3. **Can I order a copy of the audio recording instead of a transcript?**
   Only proceedings in which the record is taken by digital audio recording have audio CDs available for purchase. Proceedings taken by an Official Court Reporter do not have audio recordings available for sale.
   a. Obtain an Audio Recording Order form on the court's website, here.
   b. Email the completed form to Services@nvd.uscourts.gov.

4. **Can I order a transcript or audio recording over the telephone?**
   No. The correct form must be completed and emailed to the appropriate email address.

5. **How much does a transcript cost and how long does it take?**
   The cost of a transcript depends on how quickly you want it and if it has been previously produced or not. The following per page rates have been set by the Judicial Conference of the United States:

|  | Original | First Copy to Each Party | Each Additional Copy to the Same Party |
|---|---|---|---|
| **30-Day Transcript (Ordinary)** A transcript to be delivered within 30 calendar days after receipt of an order. | $4.00 | $1.00 | $.70 |

---

[1] If there was no Official Court Reporter listed on the Minutes and no District Judge assigned to the case, please email your transcript order form to Transcript_Orders@nvd.uscourts.gov.

|  | Original | 1ST Copy | Additional Copy |
|---|---|---|---|
| **14-Day Transcript** <br> A transcript to be delivered within 14 calendar days after receipt of an order. | $4.70 | $1.00 | $.70 |
| **7-Day Transcript (Expedited)** <br> A transcript to be delivered within seven calendar days after receipt of an order. | $5.35 | $1.00 | $.70 |
| **3-Day Transcript** <br> A transcript to be delivered within three calendar days after receipt of an order. | $6.00 | $1.20 | $.85 |
| **Next-Day Transcript (Daily)** <br> A transcript to be delivered on the calendar day following receipt of an order (regardless of whether that calendar day is a weekend or holiday,) before the normal opening hour of the clerk's office. | $6.70 | $1.35 | $1.00 |
| **2-Hour Transcript (Hourly)** <br> A transcript to be delivered within two hours from receipt of an order. | $8.00 | $1.35 | $1.00 |
| **Realtime Transcript** <br> A draft unedited transcript produced by a certified Realtime reporter as a byproduct of Realtime to be delivered electronically during proceedings or immediately following receipt of an order. | One feed[2], $3.40; two-to-four, $2.35; five or more, $1.65 |  |  |

6. **Is advance notice required for expedited or daily transcripts of a trial?**
   Yes. You must notify the Official Court Reporter immediately after the Order Regarding Trial is filed. Failure to notify the reporter timely may result in an inability to provide expedited or daily transcripts.

7. **How do I know how much to send as a deposit?**
   Once your transcript order is received, an estimate of the total cost will be prepared, and you will be notified by the Official Court Reporter, or transcription company, how much deposit is needed to start preparing your transcript. A deposit of the estimated total is required. You will be asked to send the deposit payable directly to the Official Court Reporter or transcription company. <u>Transcripts are not started and the time for delivery does not start to run until the deposit has been received</u>.

8. **How will I know when my transcript is completed?**
   When a transcript is complete, the Official Court Reporter or transcription company will deliver the transcript as requested in the delivery instructions on the transcript order form, along with a bill for the actual cost. Your deposit will have been deducted from the actual cost. You will be asked to pay the balance payable to the Official Court Reporter or transcription company. The court cannot accept cash as payment for a transcript. If your deposit was greater than the actual cost, you will receive a refund check.

---

[2] A Realtime "feed" is the electronic data flow form the court reporter to the computer of each person or party ordering and receiving the Realtime transcription in the courtroom.

Transcripts – Frequently Asked Questions                                                                 Rev. 10/20/2023

9. **After delivery, can I use the transcript as an exhibit to my filing?**
   No. Transcripts of court proceedings held in the U.S. District Court for Nevada must not be attached as exhibits or made part of an appendix in a pending matter. See Local Rules, LR IA 10-3(b).

10. **When I file the "Designation of Transcripts" form for my appeal, does this automatically order the transcripts I have listed?**
    No. You must also complete and submit a Transcript Order form or, if appropriate, a CJA-24 request. The Designation of Transcripts is a document filed in the appeal process, but it does not replace ordering the transcripts with the Transcript Order form.

11. **Does the court pay for my transcripts when ordered for an appeal?**
    No. Unless otherwise ordered, it is the responsibility of the ordering party to pay for the transcripts to be used in the record on appeal.